Certificate Number: 15317-PAW-DE-036579599

Bankruptcy Case Number: 22-20887



15317-PAW-DE-036579599

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 29, 2022, at 11:24 o'clock AM PDT, Ronald C Terhorst completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 29, 2022              By:    /s/Khaira Sakaluran

                                  Name:  Khaira Sakaluran

                                  Title: Credit Counselor