Certificate Number: 15317-PAW-DE-036579600

Bankruptcy Case Number: 22-20887



15317-PAW-DE-036579600

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 29, 2022</u>, at <u>11:24</u> o'clock <u>AM PDT</u>, <u>Nancy A Terhorst</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 29, 2022</u>          By:    <u>/s/Khaira Sakaluran</u>

                                   Name:  <u>Khaira Sakaluran</u>

                                   Title:  <u>Credit Counselor</u>