**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronald C. Terhorst | Social Security number or ITIN  xxx–xx–4837 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Nancy A. Terhorst | Social Security number or ITIN  xxx–xx–4666 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA

Case number: 22-20887-TPA

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronald C. Terhorst                    Nancy A. Terhorst

9/7/22

**By the court:** <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-20887-TPA
Ronald C. Terhorst  Chapter 7
Nancy A. Terhorst
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 07, 2022 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald C. Terhorst, Nancy A. Terhorst, 1115 Elm Drive, Latrobe, PA 15650-2709 |
| 15478950 | + | Century, 2000 Commerce Loop#2111, Irwin, PA 15642-8113 |
| 15478956 | + | FB&T/Mercury, 2220 6th Street, Brookings, SD 57006-2403 |
| 15478957 | + | Freedon Financial d/b/a Consolidation, Plus SPV LLC, 1875 South Grant Street, Suite 400, San Mateo, CA 94402-2676 |
| 15478959 | + | IRS, ATTN: J. Ion, 230 Executive Dr, Suite 100, Cranberry Twp, PA 16066-6435 |
| 15478965 | | Office of the United States Trustee, Liberty Center, Suite 970, 100 Liberty Avenue, Pittsburgh, PA 15222 |
| 15478970 | + | United States Attorney's Office, Western District of PA, Joseph F Weis Jr United States Courthous, 700 Grant St, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 08 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2022 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 08 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2022 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Sep 08 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15478945 | | EDI: BANKAMER.COM | Sep 08 2022 03:38:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 15478947 | + | EDI: CAPITALONE.COM | Sep 08 2022 03:38:00 | CAP1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15478948 | | EDI: CAPITALONE.COM | Sep 08 2022 03:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15478952 | | EDI: WFNNB.COM | Sep 08 2022 03:38:00 | Comenity Bank, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15478953 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 07 2022 23:39:14 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

Case 22-20887-TPA   Doc 21   Filed 09/09/22   Entered 09/10/22 00:28:33   Desc Imaged
                    Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: 318 | Total Noticed: 27 |

| Recip ID | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 15478954 | EDI: DISCOVER.COM | Sep 08 2022 03:38:00 | Discover Bank, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 15478956 | ^ MEBN | Sep 07 2022 23:29:07 | FB&T/Mercury, 2220 6th Street, Brookings, SD 57006-2403 |
| 15478958 | EDI: IRS.COM | Sep 08 2022 03:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15478951 | EDI: JPMORGANCHASE | Sep 08 2022 03:38:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 15478960 | EDI: JPMORGANCHASE | Sep 08 2022 03:38:00 | JPMCB Card Services, PO Box15369, Wilmington, DE 19850 |
| 15478963 | EDI: RMSC.COM | Sep 08 2022 03:38:00 | Lowes - Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15478964 | + Email/Text: Mercury@ebn.phinsolutions.com | Sep 07 2022 23:30:00 | Mercury Financial/FB&T, PO Box 84064, Columbus, GA 31908-4064 |
| 15478966 | EDI: RMSC.COM | Sep 08 2022 03:38:00 | Paypal- Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15478968 | + Email/PDF: ebnotices@pnmac.com | Sep 07 2022 23:39:18 | PennyMac, PO Box 660929, Dallas, TX 75266-0929 |
| 15478967 | Email/PDF: ebnotices@pnmac.com | Sep 07 2022 23:39:18 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15478969 | + EDI: RMSC.COM | Sep 08 2022 03:38:00 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 15479352 | + EDI: RMSC.COM | Sep 08 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15478971 | + Email/Text: bkfilings@zwickerpc.com | Sep 07 2022 23:31:00 | Zwicker & Associates, PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15478946 | * | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 15478949 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15478955 | * | Discover Bank, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 15478961 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card Services, PO Box15369, Wilmington, DE 19850 |
| 15478962 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card Services, PO Box15369, Wilmington, DE 19850 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 07, 2022 | Form ID: 318 | Total Noticed: 27

Date: Sep 09, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Brian P. Cavanaugh | on behalf of Joint Debtor Nancy A. Terhorst bcavanaugh@greensburglaw.com bpcsecretary@greensburglaw.com |
| Brian P. Cavanaugh | on behalf of Debtor Ronald C. Terhorst bcavanaugh@greensburglaw.com bpcsecretary@greensburglaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 6